No. A–910. WASSALL v. RYAN, JUDGE, CIRCUIT COURT OF THE CITY OF ST. LOUIS, ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–949. CHRISTINO v. UNITED STATES. D. C. C. D. Cal. Application for stay or bail, addressed to JUSTICE POWELL and referred to the Court, denied.

No. D–318. IN RE DISBARMENT OF KOPS. Disbarment entered. [For earlier order herein, see 460 U. S. 1008.]

No. D–321. IN RE DISBARMENT OF FRIEDLAND. Disbarment entered. [For earlier order herein, see 460 U. S. 1009.]

No. D–323. IN RE DISBARMENT OF SHERMAN. Disbarment entered. [For earlier order herein, see 460 U. S. 1009.]

No. D–331. IN RE DISBARMENT OF BISHOP. Disbarment entered. [For earlier order herein, see 460 U. S. 1065.]

No. D–351. IN RE DISBARMENT OF HOFF. It is ordered that Vera L. Hoff, of San Jose, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–352. IN RE DISBARMENT OF ROSENBERG. It is ordered that Theodore Rosenberg, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.